

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00205-CV

| | | |
|---|---|---|
| In the Interest of P.M., The Child | § | From the 362nd District Court |
| | § | of Denton County (2011-40896-362) |
| | § | December 31, 2014 |
| | § | Opinion by Justice McCoy |

## JUDGMENT ON REHEARING

After reviewing Appellant's motion for rehearing, we grant the motion in part. We withdraw our November 20, 2014 opinion and judgment and substitute the following.

The court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bob McCoy
       Justice Bob McCoy